## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 08-323 (1) (RHK/JSM) |
| Plaintiff, | **ORDER FOR EXTENSION OF TIME TO FILE OBJECTIONS AND POSITION PLEADINGS** |
| v. | |
| David Michael Cheney, | |
| Defendant. | |

---

The Defendant's Motion for Extension of Time is **GRANTED.**

**IT IS HEREBY ORDERED** that:

All written correspondence be due to the Probation Office by February 20, 2009; and

Position pleadings, if necessary, be filed electronically with the Clerk of Court by February 27, 2009.


Dated: February 2, 2009                s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge